UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF LOS ANGELES COUNTY, et al.,<br><br>        Defendants. | Case No. 24-cv-01425-RFL<br><br>**ORDER OF TRANSFER** |

    Vester Patterson sues the Los Angeles County Superior Court and the County of Los Angeles for administrative actions taken in conjunction with his criminal trial. (*See generally* Dkt. No. 4.) As relief, Patterson seeks a declaration that the Los Angeles County Superior Court's administrative practices are unconstitutional. (*See id*. at 4.)

    Los Angeles County lies within the Central District of California. 28 U.S.C. § 84(c). Because the only defendants accused of harming Patterson reside in that District, and it is where the events complained of occurred, the Central District is the proper venue for this lawsuit. 28 U.S.C. § 1391(b). It is also the venue that appears the most convenient for the parties and witnesses. Accordingly, in the interest of justice, this lawsuit is TRANSFERRED to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).

    The Clerk of the Court is directed to transfer the case forthwith, and to close the file for this lawsuit in this District.

    **IT IS SO ORDERED.**

Dated: September 26, 2024

                                                                       RITA F. LIN<br>
                                                                       United States District Judge